An accused may be prosecuted for growing cotton in a regulated area, and may defend against such prosecution by showing that he comes within an exception. He cannot be prosecuted for violating a rule promulgated by the Commissioner of Agriculture, for said Commissioner cannot create an offense.

The information did not charge an offense.

The judgment is reversed and the prosecution is ordered dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

H. E. WILCOX V. THE STATE.

No. 22498. Delivered December 8, 1943.

The opinion states the case.

*Royce A. Oxford,* of Edinburg, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

This case is similar to, and is governed and controlled by, Williams v. State, No. 22,550, this day decided (Page 430 of this volume). For the reasons therein set forth, the judgment is reversed and the prosecution ordered dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## D. D. WOODS V. THE STATE.

No. 22425. Delivered December 8, 1943.

The opinion states the case.

*S. P. Nielsen,* of Raymondville, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

This case is similar to, and is governed and controlled by, Williams v. State, No. 22,550, this day decided. (Page 430 of this volume). For the reasons therein set forth, the judgment is reversed and the prosecution ordered dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.